UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILLIP (PHIL) S. KNUDSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF TACOMA, a municipal corporation under the laws of the State of Washington; JAMES L. WALTON, in his individual capacity; City of Tacoma Council Person KEVIN PHELPS, in his individual capacity; Former City of Tacoma Council Person SHARON McGAVICK, in her individual capacity; RICK TALBERT, City of Tacoma Council Person in his individual Capacity; Former City Attorney for the City of Tacoma ROBIN JENKINSON, in her individual capacity; and "JOHN and JANE DOES" 1 through 10 in their individual capacities,<br><br>    Defendants. | Case No. C04-5850FDB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE TRIAL DATE |

    Plaintiff Knudsen moves to expedite the trial date of this case, currently scheduled as a 20-day jury trial for January 30, 2006, for the reason that Plaintiff has discovered that he has terminal cancer. Plaintiff submits a June 15, 2005 statement from his doctor who states that "... his prognosis is very poor and he will become more symptomatic in the near future due to his disease." (Ex. A. to Plaintiff's motion.) Plaintiff requests a trial date of November 1, 2005, that discovery cutoff be set for August 30, 2005, and that the dispositive motion deadline be expedited, as well. Knudsen contends that simply preserving his testimony is no sufficient, because he would be unable to rebut

ORDER - 1

matters that may be raised during the course of trial. Knudsen states that "Plaintiff does intend to eliminate a factual claim relating to whether or not Mr. Knudsen was a victim of retaliation for the various stances he took relating to the acquisition and implementation of a new computer system in the City of Tacoma." (Lindenmuth Decl. in Reply, p. 5, the first ¶ 6.) Plaintiff notes that his "primary focus is on claims of racial discrimination and for lack of better terms, "whistle blowing." *Id.* Nevertheless, Plaintiff states that he "has no intention of dismissing any parties in this action." (*Id.* p. 5, the second ¶ 6.)

The City of Tacoma and the individually-named defendants respond that they want to work with Plaintiff and accommodate him to the extent possible. Defendants have concern that given the current scope of this litigation (seven causes of action, and at Plaintiff's request, the limits for depositions was increased to 20 from 10) that discovery and motions cannot be completed in time for a November 1, 2005 trial date without unfairly and unreasonably prejudicing the defendants' ability to defend this matter.

Given the number of cases already set during the time frame suggested by Plaintiff, the Court is unable to accommodate Plaintiff's request for an expedited trial. Moreover, given the scope of the case even without the claim relating to the new computer system, the Court must be mindful of allowing Defendants sufficient time to pursue their defense. The preservation of Plaintiff's testimony remains a reasonable option. The parties' suggestion that a status conference would be helpful is moot in view of the Court's calendar.

NOW, THEREFORE, IT IS ORDERED: Plaintiff's Motion To Expedite Trial Date [Dkt. # 20] is DENIED.

DATED this 29th day of July 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2