UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NANCY G. KNUDSEN, as personal representative for the Estate of Phillip S. Knudsen, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, a municipal corporation under the laws of the State of Washington; JAMES L. WALTON, in his individual capacity; City of Tacoma Council Person KEVIN PHELPS, in his individual capacity; Former City of Tacoma Council Person SHARON McGAVICK, in her individual capacity; RICK TALBERT, City of Tacoma Council Person in his individual Capacity; Former City Attorney for the City of Tacoma ROBIN JENKINSON, in her individual capacity; and "JOHN and JANE DOES" 1 through 10 in their individual capacities,<br><br>Defendants. | Case No. C04-5850FDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO FRCP 25 |

Plaintiff moves for an order allowing the Estate of Phillip S. Knudsen, by and through its personal representative, Nancy G. Knudsen, be substituted as party plaintiff in this action, owing to the death of Phillip Knudsen. Defendants stating that they have no objection to the substitution.

ORDER - 1

NOW, THEREFORE,

IT IS ORDERED: Plaintiff's Motion for Substitution of Parties Pursuant to FRCP 25 [Dkt. # 31] is GRANTED, the requested substitution is allowed, and the caption is modified to reflect as party Plaintiff, "Nancy G. Knudsen, as personal representative for the Estate of Phillip S. Knudsen, deceased."

DATED this 25th day of October, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2