1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

15

16

17

18

19

20

NANCY G. KNUDSEN, as personal
representative for the Estate of Phillip S.
Knudsen, deceased,

Plaintiff,

v.

CITY OF TACOMA, a municipal corporation
under the laws of the State of Washington;
JAMES L. WALTON, in his individual
capacity; City of Tacoma Council Person
KEVIN PHELPS, in his individual capacity;
Former City of Tacoma Council Person
SHARON McGAVICK, in her individual
capacity; RICK TALBERT, City of Tacoma
Council Person in his individual Capacity;
Former City Attorney for the City of Tacoma
ROBIN JENKINSON, in her individual
capacity; and "JOHN and JANE DOES" 1
through 10 in their individual capacities,

Defendants.

Case No. C04-5850FDB

ORDER DENYING PLAINTIFF'S
MOTION TO CONSOLIDATE
MOTIONS

21

22

23

24

25

26

27

        Plaintiff filed and noted for the same day a motion to file overlength brief and to

consolidate motions.  Motions for relief from deadlines are to be noted for seven judicial days

after filing.  (Local CR 7(d)(2).)  Plaintiff's motion was incorrectly noted.  Two motions for

summary judgment are pending in which Defendants address different claims filed by Plaintiff.

Defendants object to Plaintiff's motion as being inappropriately noted but have no objection to

Plaintiff filing an overlength, 50 page brief.

28

ORDER - 1

The Court prefers to consider Defendants' summary judgment motions separately.

ACCORDINGLY, IT IS ORDERED:

1.     Plaintiff's Motion to Consolidate Motions [Dkt. # 45] is DENIED;

2.     Plaintiff may file an overlength brief of 50 pages if he intends to file one brief in response to both summary judgment motions. Otherwise, Plaintiff is required to stay within the page limit.


DATED this 3rd day of November, 2005.


FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2