UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NANCY G. KNUDSEN, as personal representative for the Estate of Phillip S. Knudsen, deceased,

    Plaintiff,

v.

CITY OF TACOMA, a municipal corporation under the laws of the State of Washington; JAMES L. WALTON, in his individual capacity; City of Tacoma Council Person KEVIN PHELPS, in his individual capacity; Former City of Tacoma Council Person SHARON McGAVICK, in her individual capacity; RICK TALBERT, City of Tacoma Council Person in his individual Capacity; Former City Attorney for the City of Tacoma ROBIN JENKINSON, in her individual capacity; and "JOHN and JANE DOES" 1 through 10 in their individual capacities,

    Defendants.

Case No. C04-5850FDB

ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED AND CORRECTED BRIEF IN RESPONSE TO DEFENDANTS SUMMARY JUDGMENT MOTIONS

    Plaintiff has moved to file an amended and corrected brief in reply [*response* to two summary judgment motions Dkts # 37 & 31] to Defendants' two summary judgment motions for the reason that in order to meet the deadline for filing the response, typographical, syntactic, and failures to cite to the record had occurred. No opposition has been filed. ACCORDINGLY,

    IT IS ORDERED: Plaintiff's Motion To File an Amended and Corrected Reply Brief (Dkt. # 51) is GRANTED.

    DATED this 21st day of November, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1