# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NANCY G. KNUDSEN, as personal representative for the Estate of Phillip S. Knudsen, deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF TACOMA, a municipal corporation under the laws of the State of Washington, et al.,<br><br>    Defendants. | CASE NO. C04-5850BHS<br><br>MINUTE ORDER RE TRIAL, PRETRIAL CONFERENCE AND BRIEFING DEADLINES |

  NOW, on this 6th day of March, 2008, the Court directs the Clerk to enter the following Minute Order:

  The status conference currently set for March 6, 2008, at 9:00 a.m. is hereby **STRICKEN**. The jury trial is continued to May 5, 2008, at 9:00 a.m. The pretrial conference in this matter will be held on April 24, 2008, at 2:00 p.m.

  The parties are instructed to brief the issue of defense counsel disqualification and the City of Tacoma's waiver of the attorney-client privilege as follows: Plaintiff's brief is due on or before March 21, 2008; Defendants' brief is due on or before March 28, 2008; Plaintiff's reply is due on or before April 3, 2008; and this matter is set for consideration on April 4, 2008.

MINUTE ORDER - 1

All other scheduling dates and deadlines remain as previously set.

The foregoing Minute Order was authorized by the Honorable BENJAMIN H. SETTLE, United States District Judge.

      /s/ Rhonda Miller
Rhonda Miller
Courtroom Deputy

MINUTE ORDER - 2