**United States District Court**
WESTERN DISTRICT OF WASHINGTON

NANCY G. KNUDSEN, as personal
representative for the Estate of PHILLIP
S. KNUDSEN, (deceased),

       Plaintiff,          JUDGMENT IN A CIVIL CASE

        CASE NUMBER: C04-5850BHS

       v.

CITY OF TACOMA, et al.,

       Defendants.

☐ **Jury Verdict**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **Decision by Court**      This action came on before the Court on Plaintiff's Acceptance of Offer of Judgment.

      IT IS ORDERED AND ADJUDGED

Plaintiff having accepted Defendants' Offer of Judgment, Judgment is hereby entered against Defendants in the amount of $321,000.00 (U.S. Dollars), inclusive of all attorney's fees and costs and of the terms and conditions set forth within Defendants' written Offer of Judgment.

DATE: May 28, 2008                         BRUCE RIFKIN
                                                           Clerk

                                                    /*s/ Rhonda Miller*
                                                    (By) Deputy Clerk